O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKIM INDUSTRIES, INC.<br><br>　　　　　　　Plaintiff,<br>　　v.<br>LINZER PRODUCTS CORP.,<br><br>　　　　　　　Defendant. | Case No. CV12-04976-ODW(JEMx)<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT [48]** |

Having considered Plaintiff Lakim Industries, Inc.'s letter brief requesting leave to file a motion for summary judgment and Linzer Products Corp.'s response thereto, the Court hereby **GRANTS** Lakim's request. Lakim may file a motion for summary judgment of noninfringement no later than December 10, 2012, to be set for hearing on January 14, 2013. Linzer's opposition may be filed no later than December 17, 2012, and Lakim's reply may be filed no later than December 24, 2012. Further, in briefing the motion, the parties must address the construction of the phrase, "an outer cylinder, upon which the point roller is mounted." (ECF No. 27-1, Col. 4, ln. 7.)

/ / /
/ / /
/ / /
/ / /

In addition, the Court hereby **VACATES** the April 1, 2013 claim-construction hearing and all related briefing and exchanges under the Court's Patent Standing Order pending the outcome of Lakim's motion for summary judgment.

**IT IS SO ORDERED.**

November 15, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**