**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKIM INDUSTRIES, INC., dba QUALI-TECH MANUFACTURING CO., <br><br> Plaintiff, <br><br> v. <br><br> LINZER PRODUCTS CORP., <br><br> Defendants. | Case No. 2:12-CV-04976-ODW (JEMx) <br><br> **JUDGMENT** |

In light of the Court's findings of fact and conclusions of law contained in its January 24, 2013 Order Granting Motion for Summary Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiff Lakim Industries, Inc. shall take nothing;
2. Judgment for Defendant Linzer Corp.; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 24, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**