CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKIM INDUSTRIES, INC., dba QUALI-TECH MANUFACTURING CO.,<br><br>Plaintiff,<br>v.<br>LINZER PRODUCTS CORP.,<br>Defendants. | Case 2:12-CV-04976-ODW (JEMx)<br><br>**AMENDED JUDGMENT** |

In light of the Court's findings of fact and conclusions of law contained in its January 24, 2013 Order Granting Motion for Summary Judgment and May 20, 2013 Order Granting Motion for Order Directing Entry of Final Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiff Lakim Industries, Inc. shall take nothing;

2. Judgment for Defendant Linzer Corp. on Quali-Tech's infringement claim and on Linzer's counterclaim for a declaration of non-infringement;

3. Linzer's invalidity counterclaim is hereby **DISMISSED** without prejudice; and

/ / /

/ / /

/ / /

4. The Court's orders granting Linzer's motion for attorneys' fees (ECF No.

81) and staying enforcement of that award pending appeal (ECF No. 84) remain undisturbed.

**IT IS SO ORDERED.**

May 20, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**